BRYAN SCHRODER
United States Attorney

JACK S. SCHMIDT
Assistant United States Attorney
Federal Building & U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21627
Juneau, Alaska  99802
Phone: (907) 796-0400
Fax: (907) 796-0409
Email: Jack.Schmidt@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 1:19-cr-00009-TMB-MMS |
|---|---|
| Plaintiff, | ) |
| | ) COUNT 1: |
| | ) ATTEMPTED DISTRIBUTION OF |
| vs. | ) CONTROLLED SUBSTANCES |
| | )    Vio. of 21 U.S.C. § 841(a)(1), |
| RODERICK LEE C. AYERS III, | ) (b)(1)(A) |
| | ) |
| Defendant. | ) COUNT 2: |
| | ) ATTEMPTED DISTRIBUTION OF |
| | ) CONTROLLED SUBSTANCES |
| | )    Vio. of 21 U.S.C. § 841(a)(1), |
| | ) (b)(1)(C) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

Between on or about January 31, 2018, and on or about February 6, 2018, the defendant, RODERICK LEE C. AYERS III, within the District of Alaska and elsewhere,

did knowingly and intentionally attempt to distribute controlled substances, to wit: 50 grams or more of actual methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A).

COUNT 2

Between on or about February 18, 2018, and on or about February 22, 2018, the defendant, RODERICK LEE C. AYERS III, within the District of Alaska and elsewhere, did knowingly and intentionally attempt to distribute controlled substances, to wit: a mixture and substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

A TRUE BILL.

                                          s/ Grand Jury Foreperson
                                          GRAND JURY FOREPERSON

s/ Jack S. Schmidt
JACK S. SCHMIDT
Assistant United States Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE:     11-19-19